UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-40849 |
|---|---|
| JAMES HILL | (Chapter 13) |
| ANDREA HILL | |
| Debtors | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4029271**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | JAMES HILL & ANDREA HILL<br>1231 JOYCE DR<br>XENIA, OH  45385 | 110.76 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 8/10/2010

| | Certificate of Service | 04-40849 |

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JAMES HILL
ANDREA HILL
1231 JOYCE DR
XENIA, OH  45385

WAYNE P NOVICK
2135 MIAMISBURG-CENTERVILLE RD
CENTERVILLE, OH  45459

(59.1n)
AMERICREDIT
% ALICE WHITTEN
PO BOX 183853
ARLINGTON, TX  76096

(58.1n)
ATTY GENERAL STATE OF OHIO
% REBECCA DAUM
30 E BROAD ST 23RD FL
COLUMBUS, OH  43215

(60.1n)
PRA RECEIVABLES MANAGEMENT LLC
BOX 41067
NORFOLK, VA  23541

(51.1n)
US DEPT OF ED
NATIONAL PAYMENT CENTER
BOX 4169
GREENVILLE, TX  75403

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____    sv