UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-40849 |
|---|---|
| JAMES HILL | (Chapter 13) |
| ANDREA HILL | |
| Debtors | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4034554**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | JAMES HILL & ANDREA HILL<br>1231 JOYCE DR<br>XENIA, OH  45385 | 73.84 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/9/2010

Certificate of Service         04-40849

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| JAMES HILL<br>ANDREA HILL<br>1231 JOYCE DR<br>XENIA, OH  45385 | WAYNE P NOVICK<br>2135 MIAMISBURG-CENTERVILLE RD<br>CENTERVILLE, OH  45459 | (59.1n)<br>AMERICREDIT<br>% ALICE WHITTEN<br>PO BOX 183853<br>ARLINGTON, TX  76096 |
| (58.1n)<br>ATTY GENERAL STATE OF OHIO<br>% REBECCA DAUM<br>30 E BROAD ST 23RD FL<br>COLUMBUS, OH  43215 | (60.1n)<br>PRA RECEIVABLES MANAGEMENT LLC<br>BOX 41067<br>NORFOLK, VA  23541 | (51.1n)<br>US DEPT OF ED<br>NATIONAL PAYMENT CENTER<br>BOX 4169<br>GREENVILLE, TX  75403 |

Jeffrey M. Kellner BY        ___/s/ Jeffrey M. Kellner_____        sv